

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00853-CV

**IN RE C.D.M.** and C.M.M., Children

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

Delivered and Filed: February 6, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On November 13, 2018, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on November 13, 2018. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay imposed on November 13, 2018 is LIFTED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-CI-13803, styled *In the Interest of C.D.M. and C.M.M., Children*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.